UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**Xiaofeng Hu & Xiujuan Qi**
5 Westbrite Ct
Wilmington, DE 19810
(302)442-0021
               Plaintiffs,

v.

**Michael Chertoff**, Secretary of the
U. S. Department of Homeland Security;
**Emilio Gonzalez**, Director of
U. S. Citizenship and Immigration Services
**Paul Novak**, Director of Vermont Service Center,
U. S. Citizenship and Immigration Services;
**Robert S. Muller**, Director of
Federal Bureau of Investigation;
**Alberto Gonzales**, Attorney General of the
U. S. Department of Justice;
**Colm F. Connolly**, United States Attorney
for the District of Delaware;
               Defendants.

Case No.:  1:06-cv-760



FILED
JAN 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

## MOTION TO DISMISS

On December 12th, 2006, Plaintiffs filed a complaint for a writ of mandamus, seeking adjudication of their application for adjustment of status. On January 22nd, 2007, Plaintiffs' applications were approved, respectively. Accordingly, Plaintiffs have received the relief they sought, and voluntarily withdraw the complaint.

RESPECTFULLY SUBMITTED,

_____

Xiaofeng Hu, Xiujuan Qi
Plaintiffs, Pro Se

5 Westbrite Ct
Wilmington, DE 19810
Phone: (302)442-0021 (cell)
E-mail: huxf74@gmail.com

January 30th, 2007

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that:
On January 30th, 2007, the **MOTION TO DISMISS** was served to the following address by First Class Mail:

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, DE 19899

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　*[signatures]*
　　　　　　　　　　　　　　　　　　　Xiaofeng Hu, Xiujuan Qi
　　　　　　　　　　　　　　　　　　　Plaintiffs, Pro Se

　　　　　　　　　　　　　　　　　　　5 Westbrite Ct
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19810
　　　　　　　　　　　　　　　　　　　Phone: (302)442-0021 (cell)
　　　　　　　　　　　　　　　　　　　E-mail: huxf74@gmail.com

Xiaofeng Hu
5 Westbrite Ct.
Wilmington, DE 19810-1056

SOUTHEASTERN PA 193
30 JAN 2007 PM 1 L

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

